No. 02–5831. SMITH v. WELLS ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5832. ROBERSON v. RICHARDS ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5834. SMITH v. LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5835. RANKIN v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5837. MORRISON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5838. MOORE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 02–5843. JIMENEZ v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5846. BARSTAD v. LAMBERT. C. A. 9th Cir. Certiorari denied.

No. 02–5848. SANPHILLIPPO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5849. ATWELL v. DURAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5850. CARBIN v. MOORE, ATTORNEY GENERAL OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 02–5853. FORD v. PAGE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5854. HENSLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5856. GALVAN v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.